# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GENERAL WASHINGTON
PRODUCTIONS, LLC, an Arkansas
limited liability company                                    PLAINTIFF

v.                              No. 4:26-cv-362-DPM

TIM GRIFFIN and CHARLES
ROBINSON, in their professional
capacities                                                   DEFENDANTS

## ORDER

The Court has received and reviewed the complaint, which includes an embedded request for injunctive relief. That request is denied without prejudice. LOCAL RULE 7.2(e). In the circumstances, the Court declines to grant a temporary restraining order without notice. General Washington must serve the defendants with the complaint, this Order, and any motion for a preliminary injunction. It must file proof of service. The defendants' response to any motion for injunctive relief is due seven calendar days after service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2026