IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GENERAL WASHINGTON
PRODUCTIONS, LLC, an Arkansas
limited liability company                                    PLAINTIFF

v.                              No. 4:26-cv-362-DPM

TIM GRIFFIN and CHARLES
ROBINSON, in their professional
capacities                                                  DEFENDANTS

## ORDER

The Court ordered General Washington Productions to secure new counsel by 12 June 2026. *Doc. 18 at 8.* It did not; and the time to do so has passed. LOCAL RULE 5.5(c)(2). General Washington did not respond to the motion to dismiss, either. And the May 23rd event date has also passed. *Doc. 1 at 1.* All material things considered, the Court will dismiss General Washington's complaint without prejudice. Motion to dismiss, *Doc. 19*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2026