# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GENERAL WASHINGTON
PRODUCTIONS, LLC, an Arkansas
limited liability company**                                          **PLAINTIFF**

v.                                  **No. 4:26-cv-362-DPM**

**TIM GRIFFIN and CHARLES
ROBINSON, in their professional
capacities**                                                        **DEFENDANTS**

## JUDGMENT

General Washington's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2026